## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.                                                        **INDICTMENT**

**DIEGO M. VILLAVICENCIO**                                4:26 cr 16-AW

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about September 15, 2025, in the Northern District of Florida,

the defendant,

**DIEGO M. VILLAVICENCIO,**

did knowingly transmit in interstate commerce a communication, that is, an

electronic message, containing a true threat to injure another person, with the

intent to communicate a true threat and knowledge that it would be viewed

as a true threat, and the communication contained a threat to injure

Individual 1, specifically "[Individual 1] is next." and "[Individual 1] will be

shot and killed September 23[.]"

In violation of Title 18 United States Code, Section 875(c).

### COUNT TWO

On or about September 16, 2025, in the Northern District of Florida,

FILED USDC FLND TL
MAR 4 '26 PM4:15

the defendant,

**DIEGO M. VILLAVICENCIO,**

did threaten to assault, kidnap, and murder an official designated in Title 18, United States Code, Section 1114, namely, a member of Congress, with the intent to impede, intimidate, and interfere with said officer while engaged in the performance of official duties, and with intent to retaliate against such officer on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT THREE

On or about September 16, 2025, in the Northern District of Florida, the defendant,

**DIEGO M. VILLAVICENCIO,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure another person, with the intent to communicate a true threat and knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Individual 2, specifically "I'll kill you and your family and you won't do

2

anything about it. Corruption listens to bullets." and "You are going to be shot and killed on September 24."

In violation of Title 18 United States Code, Section 875(c).

## COUNT FOUR

On or about January 25, 2026, in the Northern District of Florida, the defendant,

## DIEGO M. VILLAVICENCIO,

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, specifically that "I'll be

3

driving there to take a couple of shots at trump and some of the other corrupt

plutocrats."

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:

*Redacted*

_5/4/26_
DATE

JOHN P. HEEKIN
United States Attorney

ERIC W. WELCH
Assistant United States Attorney

4